ACCEPTED
03-13-00080-CV
3820406
THIRD COURT OF APPEALS
AUSTIN, TEXAS
1/20/2015 9:39:42 AM
JEFFREY D. KYLE
CLERK

NO. 03-13-00080-CV

IN THE COURT OF APPEALS
FOR THE THIRD DISTRICT
OF TEXAS AT AUSTIN

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
1/20/2015 9:39:42 AM
JEFFREY D. KYLE
Clerk

APPELLANTS CENTRAL AUSTIN APARTMENTS, LLC, UP-32ND STREET, LLC, UP-32ND STREET HOSPITALITY, LLC // CROSS-APPELLANTS EAST AVENUE PROPERTY OWNERS' ASSOCIATION, INC., UP AUSTIN HOLDINGS, LP and UP AUSTIN LAND HOLDINGS, LP

v.

APPELLEES UP AUSTIN HOLDINGS, LP, UP AUSTIN LAND HOLDINGS, LP, and EAST AVENUE PROPERTY OWNERS' ASSOCIATION, INC. // CROSS-APPELLEES CENTRAL AUSTIN APARTMENTS, LLC, UP-32ND STREET, LLC, UP-32ND STREET HOSPITALITY, LLC

Appeal from the 53rd Judicial District Court
of Travis County, Texas
Honorable Scott Jenkins, Presiding
Trial Court No. D-1-GN-11-003367

**SECOND JOINT AGREED MOTION FOR EXTENSION OF TIME
TO FILE MOTION(S) FOR REHEARING**

TO THE HONORABLE THIRD COURT OF APPEALS:

Pursuant to Texas Rules of Appellate Procedure 10.5(b) and 49.8, Appellees/Cross-Appellants UP Austin Holdings, LP and UP Austin Land Holdings, LP (collectively, "UP Austin"), Appellee/Cross-Appellant East Avenue Property Owners' Association, Inc. ("POA"), and Appellants/Cross-Appellees Central Austin Apartments, LLC, UP-32nd Street, LLC, and UP-32nd Street

Hospitality, LLC (collectively, "Cypress Defendants") file this Second Joint Agreed Motion for Extension of Time to File Motion(s) for Rehearing and respectfully request that this Honorable Court grant each party a 7-day extension of time to file a Motion for Rehearing, to and including January 29, 2015.

In support thereof, the parties would respectfully show the Court as follows:

1. This Court issued its 44-page opinion and judgment in *Central Austin Apartments, LLC, et al. v. UP Austin Holdings, LP, et al.*, No. 03-13-00080-CV, on December 8, 2014.

2. On December 19, 2014, the parties jointly filed a motion requesting a 30-day extension of time to file motion(s) for rehearing. The Court granted that motion on December 22, 2014.

3. The parties' respective Motion(s) for Rehearing currently are due on January 22, 2015.

4. The parties request an extension of time of 7 days, to and including, January 29, 2015. This is each party's second request for an extension on any motion for rehearing.

4. Good cause supports this request. The parties actively have pursued settlement discussions since the Court issued its opinion and currently are working on finalizing the language of a settlement agreement. The parties are optimistic

that a settlement, which would allow the trial court to dismiss the action on remand, will be reached.

5. This extension is not sought for delay, but rather to allow the parties and counsel to finalize a settlement agreement, which would obviate the need for further proceedings on the merits in this Court and any other.

## PRAYER

For the foregoing reasons, the parties pray that the Court grant this Second Joint Agreed Motion for Extension of Time to File Motion(s) for Rehearing, and grant each party an additional 7 days, to and including January 29, 2015, in which to file a Motion for Rehearing. The parties pray for such other and further relief to which they may be entitled.

Respectfully submitted,


/s/ *Thomas S. Leatherbury*

Thomas S. Leatherbury
 State Bar No. 12095275
Matthew R. Stammel
 State Bar No. 24010419
VINSON & ELKINS LLP
2001 Ross Avenue, Suite 3700
Dallas, Texas 75201-2975
214.220.7700
214.999.7705 (facsimile)
tleatherbury@velaw.com
mstammel@velaw.com


*Attorneys for Appellees/Cross-*
*Appellants UP Austin Holdings, LP*
*and UP Austin Land Holdings, LP*


/s/ *Eric J. Taube*

Eric J. Taube
 State Bar No. 19679350
Neal Meinzer
 State Bar No. 00797065
Hohmann, Taube & Summers, L.L.P.
100 Congress Avenue, 18th Floor
Austin, Texas 78701
E-mail: erict@hts-law.com
E-mail: nealm@hts-law.com


*Attorneys for*
*Appellants/Cross-Appellees*
*Central Austin Apartments, L.L.C.,*
*UP-32nd Street, L.L.C., and*
*UP-32nd Street Hospitality, L.L.C.*

/s/ *Jane M. N. Webre*

Jane M. N. Webre
 State Bar No. 21050060
Sara W. Clark
 State Bar No. 00794847
Scott, Douglass & McConnico, L.L.P.
600 Congress Avenue, Suite 1500
Austin, Texas 78701
E-mail: jwebre@scottdoug.com
E-mail: sclark@scottdoug.com


Jeffrey J. Hobbs
 State Bar No. 24012837
J. Bruce Scrafford
 State Bar No. 17931100
Armbrust & Brown, PLLC
100 Congress Avenue, Suite 1300
Austin, Texas 78701
E-mail: jhobbs@abaustin.com
E-mail: bscrafford@abaustin.com


*Attorneys for Appellant/Cross-Appellee*
*East Avenue Property Owners'*
*Association, Inc.*

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 20th day of January 2015, the foregoing Second Joint Motion for an Extension of Time to File Motion(s) for Rehearing was served on the following attorneys in accordance with the requirements of the Texas Rules of Appellate Procedure via electronic filing or email.

Jeffrey J. Hobbs
J. Bruce Scrafford
Armbrust & Brown, PLLC
100 Congress Avenue, Suite 1300
Austin, Texas 78701
E-mail: jhobbs@abaustin.com
E-mail: bscrafford@abaustin.com

Jane M. N. Webre
Sara W. Clark
Scott, Douglass & McConnico, L.L.P.
600 Congress Avenue, Suite 1500
Austin, Texas 78701
E-mail: jwebre@scottdoug.com
E-mail: sclark@scottdoug.com

*Attorneys for Appellant/Cross-Appellee*
*East Avenue Property Owners'*
*Association, Inc.*

Eric J. Taube
Neal Meinzer
Hohmann, Taube & Summers, L.L.P.
100 Congress Avenue, 18th Floor
Austin, Texas 78701
E-mail: erict@hts-law.com
E-mail: nealm@hts-law.com

*Attorneys for*
*Appellants/Cross-Appellees*
*Central Austin Apartments, L.L.C.,*
*UP-32nd Street, L.L.C., and*
*UP-32nd Street Hospitality, L.L.C.*

/s/ *Thomas S. Leatherbury*
Thomas S. Leatherbury

US 3253154